AO 93 (Rev. 12/09) Search and Seizure Warrant

INTAKE DROP BOX
RECEIVED & FILED

2018 MAY 21 AM 10:

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>AT&T LG phone LG-M150, FCC ID: ZNFM150, IMEI:<br>354063-08-834028-6, w/ AT&T GoPhone Sim<br>89014103270194293890 & Samsung 32GB Micro SD | )<br>)<br>) Case No. 18-779 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     San Juan     District of     Puerto Rico
*(identify the person or describe the property to be searched and give its location)*:
AT&T LG cellular phone, model LG-M150, black in color, FCC ID: ZNFM150, IMEI: 354063-08-834028-6, with AT&T Go Phone Sim Card bearing number 89014103270194293890 and Samsung 32GB Micro SD card

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Refer to Attachment B, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    5/18/18
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.      ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ~~Bruce McGiverin~~ Clerk                       .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   MAY 04 2018  11:29 AM       _____
                                                    *Judge's signature*

City and state:   SAN JUAN, PUERTO RICO           Magistrate Judge Bruce McGiverin
                                                    *Printed name and title*

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-779 (M) | 5/9/18 - 10:30 AM | ATF SA Joshua Snyder |

Inventory made in the presence of: ATF SA Joshua Snyder

Inventory of the property taken and name of any person(s) seized:

On May 9th, 2018, ATF SA Joshua Snyder received AT&T LG phone LG-M150, FCCID: ZNFM150, IMEI 354063-08-834028-6 w/ AT&T Go phone SIM 8901410302101942 93890 & Samsung 32GB Micro SD.

SA Snyder was able to extract data from the device that includes, but is not limited to:

- Call logs
- Messages
- Contacts
- Emails
- Videos

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/18/18

_____
Executing officer's signature

Jnys J. Ronulo-Dior, Special Agent
Printed name and title
ATF